THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-5201FDB |
| Plaintiff, | ) | |
| | ) | ORDER OF CONTINUANCE |
| vs. | ) | OF TRIAL DATE |
| | ) | |
| MICHAEL KENT MUNCEY, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come on before the above-entitled Court upon the Motion of the Defendant, MICHAEL KENT MUNCEY, by and through his local counsel, ZENON PETER OLBERTZ, and counsel of record LARRY R. ROLOFF, for a continuance of the pre-trial conference which is presently scheduled for Friday, May 19, 2006 and the trial for Tuesday, May 30, 2006.

The Defendant requires additional time so that further work may be done so that witnesses may be located, interviewed and secured for testimony at trial; and that Defendant may complete trial preparation.  The Government has filed no opposition or objection to the present Motion.

The Court finds, after a consideration of all relevant information and the circumstances of this case, that without this continuance the Defendant will be

ORDER OF CONTINUANCE               1

**LAW OFFICE OF LARRY R. ROLOFF**
**132 East Broadway, Suite 233**
**Eugene, Oregon 97401**
**(541) 686-8695, fax (541) 686-8751**

prejudiced and the ability to properly prepare for trial would be impaired.  Failure to grant a continuance under these circumstances would result in a miscarriage of justice.  The ends of justice would best be served by the granting of the Motion for Continuance.  The ends of justice outweigh the best interests of the public and the Defendant in having the matter brought to trial sooner.  For these reasons, the Court finds the Defendant's Motion for Continuance should be granted.  The pretrial conference scheduled for May 19, 2006 is VACATED.  The trial scheduled for May 30, 2006 is VACATED.  Trial shall be rescheduled to September 11, 2006, in Tacoma, Washington.

Any and all period of delay resulting from the granting of this continuance, from the current trial date of May 30, 2006, up to and including the new trial date of September 11, 2006, shall be excludable time pursuant to 18 U.S.C. § 316(h)(1)(F) and (h)(8)(A).

IT IS SO ORDERED this 17th day of May, 2006.

_____
THE HONORABLE FRANKLIN D. BURGESS

Presented by:

Larry R. Roloff, Attorney at Law
132 East Broadway, Suite 233
Eugene, Oregon 97401-3154
Attorney for Defendant

   /s/
_____
Larry R. Roloff, OSB No. 72216

ORDER OF CONTINUANCE        2

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, I electronically filed the foregoing Proposed Order of Continuance with the Court using the CM/ECF system which will send notification of such filing to the following:

    Gregory Gruber
    Assistant United States Attorney
    1201 Pacific Avenue, Suite 700
    Tacoma, WA  98402

I hereby certify that on May 17, 2006, I mailed the foregoing Proposed Order of Continuance to the following:

    Michael K. Muncey

    Larry R. Roloff
    Attorney at Law
    132 E. Broadway, Ste. 233
    Eugene, Oregon 97401

DATED this 17th day of May, 2006.

                /s/
                _____
                Sarah M. Heckman
                Legal Assistant